32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO. *191631*                                                        DIVISION

EVELYN ORDOYNE

VERSUS

INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL d/b/a
VISION CHRISTIAN CENTER
and KIM VOISIN

FILED:_____        _____

                                              DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the Petitioner Evelyn

Ordoyne, a person of the full age of majority and a resident of the Parish of Terrebonne, State of

Louisiana, who, with respect, shows the Court as follows:

I.

Made party Defendants herein: INTERNATIONAL CHURCH OF THE FOURSQUARE

GOSPEL, a non-profit corporation or co-op organized under the laws of the State of California,

with its principal place of business in the City of Los Angeles, State of California, that for all

relevant times conducted systematic and continuous activities giving rise to the subject matter of

this lawsuit within the Parish of Terrebonne, State of Louisiana; and KIM VOISIN, a person of

the full age of majority domiciled in the Parish of Terrebonne, State of Louisiana, who for all

relevant times conducted systematic and continuous activities giving rise to the subject matter of

this lawsuit within the Parish of Terrebonne, State of Louisiana. Defendants are liable, jointly

and/or in solido, to the Petitioner for the following:

II.

At all relevant times herein, International Church of the Foursquare Gospel owned,

controlled, operated, and exercised custody and garde over property open to the general public

located at 4467 Highway 24, Bourg, Louisiana 70343, which was also managed by Kim Voisin

at all relevant times herein. This property is commonly known as "Vision Christian Center" and

is part of the International Church of the Foursquare Gospel (henceforth the "Premises").

RANDALL L. BETHANCOURT
JUDGE - DIVISION E

III.

On or about November 21, 2020, Evelyn Ordoyne was lawfully at the Premises as a volunteer for the Defendants' food bank.

IV.

At the food bank, the Defendants erected a tent-like structure made of a tarp material, over concrete in an area where volunteers, including the Plaintiff, were expected to traverse. This tent-like structure was made by the Defendants or persons under their direct control, who hung the loose tarp material to the top of poles without properly securing or anchoring it down. Specifically, it was not tied down at the bottom and it was foreseeable that it would flap loosely and dangerously at or near the ground, creating a tripping hazard. As Ms. Ordoyne was carrying food to be distributed, the improperly hung and unsecured tarp material flapped and caught her left leg, causing her to fall onto her left side on the pavement.

V.

The tarp material tripped the Plaintiff, due to the Defendants' negligence in the following non-exclusive respects:

A.  By failing to maintain proper control over the tarp material to avoid its flapping near or on the ground and creating a tripping hazard;

B.  By hanging the tarp material under their control in a reckless and negligent manner without reasonable care for the safety of persons at the Premises;

C.  By failing to properly secure the tarp material;

D.  By failing to warn of the danger;

E.  By failing to properly train employees or volunteers to erect tent-like structures safely and properly under the circumstances;

F.  By failing to supervise persons under their direction and control;

G.  By failing to maintain the Premises in a reasonably safe condition, free of vices that it knew or should have known existed;

H.  Defendant further owed specific, statutory duties of care by virtue of its control over the Premises and activities conducted therein pursuant to LSA-CC Art. 2315, 2317, 2317.1, and other applicable law.

2

VI.

In addition, at all relevant times herein, the Defendants are vicariously responsible for the negligent acts and omissions and/or fault of persons under their direction and control pursuant to La. Civ. Code art. 2320, and other applicable law.

VII.

Defendants knew or should have known that making a tent-like structure out of a tarp like material, without properly securing it, over concrete, would create a foreseeable risk of tripping persons at the Premises. In particular, the tarp material was close to or touching the ground and was flapping loosely in the wind because it was not secured. The Defendants had actual notice because they created the condition. In the alternative, the Defendants had constructive notice because the condition was present for an unreasonable length of time and the Defendants were present and had the opportunity to discover the hazard. The Plaintiff, however, was unlikely to notice the hazard because she was focused on distributing the food and trusted the Defendants make the Premises safe.

VIII.

The aforesaid incident occurred through no fault of Petitioner, Evelyn Ordoyne, but rather, solely through the fault of the Defendants by failing to use due care under the circumstances, as further enumerated above.

IX.

As a result of the aforesaid incident, Evelyn Ordoyne sustained injuries to her body and mind including, without limitation, injuries to her left shoulder requiring surgery, and neck, together with past and future mental anguish and physical suffering; disability; past and future loss of enjoyment of life; and past and future expenses for medical care; disfigurement; impairment; and pecuniary damages, all of which entitles Petitioner, Evelyn Ordoyne, to recover from Defendants the damages as are reasonable in the premises.

X.

The Plaintiffs' damages exceed the sum of $50,000 exclusive of judicial interest and costs and there is a right to trial by jury.

WHEREFORE, Petitioner, Evelyn Ordoyne, prays that Defendants, International Church of the Foursquare Gospel and Kim Voisin, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Evelyn Ordoyne, and against Defendants, International Church of the Foursquare Gospel and Kim Voisin, for damages as are reasonable in the premises; said judgment to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:
MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (800) 878-8937
E-MAIL: mhemmer@morrisbart.com

BY: _____
MATTHEW D. HEMMER, NO. LA34300
C. FAYE SHEETS, NO. LA 36672

**PLEASE SERVE:**

International Church of the Foursquare Gospel
Through its Registered Agent:
Kim Voisin
4467 Highway 24
Bourg, LA 70343

And

Kim Voisin
344 Bayou Blue Road
Houma, LA 70364

FILED

JUL 13 2021

Deputy Clerk of Court
Parish of Terrebonne  LA

4

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA, TX
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
Esmeralda Graham, LA, NM
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Matthew Hemmer, LA, OH, KY
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Alaina Brandhurst, LA
Lindsey Topp, LA, MS, CA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Sarah Constant, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Jacob Goehring, LA
Marquita Cage, LA
Taylor Burnham, LA, GA
Rachael Fajoni, LA
Eve Vavrick, LA
Alexander Lair, LA
Luc Zeller, LA
Tara Melancon, LA
Robert Warren, LA
*Bert Greenwell, KY, NJ
Jordan Lieberman, LA
Alaraby Johnson, LA

OF COUNSEL
Shannon Rodriguez, LA
Darryl Dungan, LA, FL
Kristi Tamura, LA
Kathryn Cox, LA
Mark Lumpkin, MS, LA
Stephanie Roberts, LA
Edward L. Boudreaux, III, LA
Melissa Herman, LA
Melodie Molina, LA
Thelia Jean Eaby, LA
Kevin Galatas, LA
Brejette Bundy, LA
Paul Spradley, LA
Deisha LaGarde, LA
India Broussard, LA
Philip K. Mayer, LA
Simone Cifuentes, LA

*not licensed to practice
in Louisiana

ADMINISTRATOR
Mark Duhon

# MORRIS **BART**, L.L.C.

ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036

Telephone 504.525.8000
Fax 504.599.3380

Writer's Direct Dial:  (504) 599-3339
Writer's Direct Facsimile:  (800) 878-8937
E-mail:  mhemmer@morrisbart.com

TERREBONNE CLK OF CRT
RCVD JUL 13 2021 AM 10:57

July 12, 2021

**VIA FEDERAL EXPRESS**
Clerk of Court
32nd Judicial District Court, Terrebonne Parish
7856 Main Street
Houma, LA  70360

"E"  191631

RE:   EVELYN ORDOYNE v. INTERNATIONAL CHURCH OF THE
       FOURSQUARE GOSPEL and KIM VOISIN
       Case No.:  , Division
       MB File No.: S21-3157NO

Dear Sir or Madam:

       Enclosed please find an original and three (3) copies of a Petition for Damages with discovery to be served on Defendants with Petition.  Please file into the record and return a conformed copy to us in the enclosed self-addressed stamped envelope.

       Also, enclosed please find our check made payable to the Clerk for $475.00 to cover filing costs and service costs.

Rec'd AST

       Thank you for your cooperation in this matter.

Sincerely,

Matthew D. Hemmer

MHEM/mjoh
Enclosure

New Orleans
504.525.8000

Lake Charles
337.477.4600

Birmingham
205.251.6700

Baton Rouge
225.925.8000

Gulfport
228.432.9000

Huntsville
256.539.8500

Shreveport
318.222.9000

Pascagoula
228.762.4700

Montgomery
334.834.1800

Lafayette
337.233.4200

Little Rock
501.376.9000

Monroe
318.807.1000

Hattiesburg
601.583.8000

Texarkana
870.772.1669

Alexandria
318.561.7700

Mobile
251.433.2210

Toll Free
1.800.876.2244

www.morrisbart.com

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: _Evelyn Ordoyne_

vs.

_International Church of the Foursquare Gospel_
_d/b/a Vision Christian Center and Kim Voisin_

Court: _3rd JDC_    Docket Number: _191631_

Parish of Filing: _Terrebonne_    Filing Date: _7/12/21_

Name of Lead Petitioner's Attorney: _Matthew D. Heuner_

Name of Self-Represented Litigant: _N/A_

Number of named petitioners: _1_    Number of named defendants: _2_

Type of Lawsuit: **Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| __ Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __ Product Liability | _✓_ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| __ Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __ General Negligence | |

FILED

JUL 13 2021

_Alyson Self Momasse_
Deputy Clerk of Court
Parish of Terrebonne, LA

Please briefly describe the nature of the litigation in one sentence of additional detail:
_An action for injuries sustained_
_while at the premises of another._

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Marsha Johnson_    Signature _Marsha Johnson_

Address _601 Poydras St., 14th Fl., New Orleans, LA 70130_

Phone number: _504-525-8000_    E-mail address: _mjohnson@marisbarn.com_

**MORRIS BART, L.L.C.** 191631
ATTORNEYS AT LAW
601 POYDRAS STREET
24th FLOOR
NEW ORLEANS, LA 70130

459767

Four Hundred Seventy Five Only

◯ CHASE

PAY
TO THE
ORDER OF

32nd Judicial District Court, Terrebonne Parish
7856 Main Street
Houma, LA 70360

filing and service fee original petition

DATE
07/09/2021

CONFIRM NO

CHECK NO

GENERAL ACCOUNT - VOID AFTER 120 DAYS

AMOUNT
$475.00

⑈459767⑈ ⑆065400137⑆ 210129715⑈



# CITATION

**EVELYN ORDOYNE**



**Case: 0191631**

**Division: E**

*Versus*

**32ⁿᵈ Judicial District Court
Parish of Terrebonne
State of Louisiana**

**INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL, ET AL**

### A Resident of Terrebonne Parish

TO:  INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL
     THROUGH ITS REGISTERED AGENT
     KIM VOISIN
     FOR SERVICE OF PROCESS
     4467 HIGHWAY 24
     BOURG, LA 70343

   **YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition** , filed on July 13, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

   *Witness my hand and official seal this 16ᵗʰ day of July, 2021.*

                              **Theresa A. Robichaux, Clerk of Court**

                    BY: _____/s/ Jessica M. Dardar_____
                              *Deputy Clerk of Court*

Requested By: **Mr. Matthew D. Hemmer**
     **Attorney at Law**
     **601 Poydras Street, 24ᵗʰ Floor**
     **New Orleans, LA 70130**
     **(504)525-8000**

*Returned and filed:*

_____

_____
*Deputy Clerk of Court*

[ FILE COPY ]

# CITATION

**EVELYN ORDOYNE**



**Case: 0191631**

**Division: E**

*Versus*

**32nd Judicial District Court**
**Parish of Terrebonne**
**State of Louisiana**

**INTERNATIONAL CHURCH OF THE**
**FOURSQUARE GOSPEL, ET AL**

*A Resident of LAFOURCHE Parish*

TO:  KIM  VOISIN
       344 BAYOU BLUE ROAD
       HOUMA, LA  70364

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition** , filed on July 13, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

*Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

**Witness my hand and official seal this 16th day of July, 2021.**

**Theresa A. Robichaux, Clerk of Court**

**/s/ Jessica M. Dardar**

BY: _____

*Deputy Clerk of Court*

Requested By: **Mr. Matthew D. Hemmer**
       *Attorney at Law*
       **601 Poydras Street, 24th Floor**
       **New Orleans, LA 70130**
       **(504)525-8000**

*Returned and filed:*

_____

_____

*Deputy Clerk of Court*

[ FILE COPY ]

## CITATION ON REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**EVELYN ORDOYNE**



**Case: 0191631**

**Division: E**

**Versus**

**32nd Judicial District Court
Parish of Terrebonne
State of Louisiana**

**INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL, ET AL**

*A Resident of TERREBONNE Parish*

TO:  *INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL
THROUGH ITS REGISTERED AGENT
KIM VOISIN
FOR SERVICE OF PROCESS
4467 HIGHWAY 24
BOURG, LA 70343*

**YOU ARE HEREBY SUMMONED** *to comply with the Requests for Admissions, Interrogatories, and Requests for Production of Documents filed on **July 13, 2021**, a true and faithful copy whereof accompanies this Citation, and to answer the same within 30 days after the service hereon*

*Witness my hand and official seal this 16th day of July, 2021.*

*Theresa A. Robichaux, Clerk of Court*

BY: __/s/ Jessica M. Dardar__
*Deputy Clerk of Court*

*Requested by:Mr. Matthew D. Hemmwe
Attorney at Law
601 Poydras Street, 24th Floor
New Orleans, LA 70130
(504)525-8000*

*Returned and filed:*

_____

_____
*Deputy Clerk*

[ FILE COPY ]

## CITATION ON REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS

*EVELYN ORDOYNE*

*Case: 0191631*



*Versus*

*Division: E*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*INTERNATIONAL CHURCH OF THE*
*FOURSQUARE GOSPEL, ET AL*

*A Resident of LAFOURCHE Parish*

TO:  *KIM  VOISIN*
     *344 BAYOU BLUE ROAD*
     *HOUMA, LA  70364*

**YOU ARE HEREBY SUMMONED** *to comply with the Requests for Admissions, Interrogatories, and Requests for Production of Documents filed on* **July 13, 2021,** *a true and faithful copy whereof accompanies this Citation, and to answer the same within* **30** *days after the service hereon*

*Witness my hand and official seal this 16th  day of July, 2021.*

*Theresa A. Robichaux, Clerk of Court*

BY: _____ /s/ Jessica M. Dardar _____
        *Deputy Clerk of Court*

*Requested by: Mr. Matthew D. Hemmwe*
         *Attorney at Law*
         *601 Poydras Street, 24th Floor*
         *New Orleans, LA 70130*
         *(504)525-8000*

*Returned and filed:*

_____

_____
   *Deputy Clerk*

[ FILE COPY ]

### CERTIFICATE OF SERVICE

I Certify that a copy of the foregoing pleading has been served upon counsel for all the parties to this proceeding, by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this _____

day of _____ JUL 1 6 2021 _____, 20____.

_Jessica M. Dardar_

# CITATION



**EVELYN ORDOYNE**

*Case: 0191631*

*Versus*

*Division: E*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

**INTERNATIONAL CHURCH OF THE**
**FOURSQUARE GOSPEL, ET AL**

*A Resident of Terrebonne Parish*

**PERSONAL**
7-23-21   *9:29/2*
*DPY R KINGSMILL*

TO:  *INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL*
*THROUGH ITS REGISTERED AGENT*
*KIM VOISIN*
*FOR SERVICE OF PROCESS*
*4467 HIGHWAY 24*
*BOURG, LA 70343*

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition** , filed on July 13, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

*Witness my hand and official seal this 16th day of July, 2021.*

*Theresa A. Robichaux, Clerk of Court*

BY:  *Jessica M. Dardar*
Deputy Clerk of Court

Requested By: **Mr. Matthew D. Hemmer**
**Attorney at Law**
**601 Poydras Street, 24th Floor**
**New Orleans, LA 70130**
**(504)525-8000**

2021 JUL 16  P 2:34

Returned and filed:
JUL 2 6 2021

Deputy Clerk of Court

[ ORIGINAL ]

## CITATION ON REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS

*EVELYN ORDOYNE*



*Case: 0191631*

*Division: E*

*Versus*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*INTERNATIONAL CHURCH OF THE*
*FOURSQUARE GOSPEL, ET AL*

**PERSONAL**

*A Resident of TERREBONNE  Parish* 7-23-21  9 29/Am
DPY R Kingsmill

TO:  *INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL*
*THROUGH ITS REGISTERED AGENT*
*KIM VOISIN*
*FOR SERVICE OF PROCESS*
*4467 HIGHWAY 24*
*BOURG, LA 70343*

**YOU ARE HEREBY SUMMONED** to comply with the Requests for Admissions, Interrogatories, and Requests for Production of Documents filed on **July 13, 2021**, a true and faithful copy whereof accompanies this Citation, and to answer the same within **30 days** after the service hereon

*Witness my hand and official seal this 16th day of July, 2021.*

*Theresa A. Robichaux, Clerk of Court*

BY: *Jessica M. Dardar*
*Deputy Clerk of Court*

*Requested by:* Mr. Matthew D. Hemmwe
*Attorney at Law*
*601 Poydras Street, 24th Floor*
*New Orleans, LA 70130*
*(504)525-8000*

*Returned and filed:*

JUL 2 6 2021

*Deputy Clerk*

[ ORIGINAL ]